ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
**PANEL XII**

| RADAMÉS MONTESINO RÍOS<br><br>RECURRIDO<br><br>V.<br><br>UNIVERSIDAD INTERAMERICANA DE PUERTO RICO<br><br>PETICIONARIO | KLCE202500547 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Superior de Bayamón<br><br>Caso Número: BY2024CV07154<br><br>Sobre: Despido Injustificado; Represalias; Procedimiento Sumario |
|---|---|---|

Panel integrado por su presidenta, la Jueza Grana Martínez, la Jueza Díaz Rivera y la Juez Lotti Rodríguez.[1]

## RESOLUCIÓN

En San Juan, Puerto Rico a 17 de junio de 2025.

Atendida la *Moción para que se tenga por sometida la petición de Certiorari sin contar con la Oposición del Recurrido* presentada por la parte peticionaria el 13 de junio de 2025, disponemos:

Académico. Véase, Resolución del día de hoy.

Notifíquese.

Lo acordó el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Conforme la DJ2024-062C del 6 de mayo de 2025, mediante la cual se asignó la integración de la Juez Glorianne M. Lotti Rodríguez al Panel XII.

Número identificador

RES2025_____